MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

MIAN, Mohammad                              Crim. No.: 11-CR-20551-29

On 07/18/2016 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 12/05/2016, and the Court made the following findings:

  X  Guilty of violating condition(s) of supervision. The following special conditions of supervision are added.

Remain at the RRC for an additional 90 days or until March 8, 2017.

The offender shall notify the United States Probation Officer (USPO) immediately (ie. within no later than 72 hours) if the offender receives any prescription for medication containing a controlled substance during the period of supervised release. The offender shall provide the USPO such documentation and verification as the USPO may reasonably request and in a form the USPO directs.

The defendant shall take all medications as prescribed by a physician whose care he is under, including a psychiatrist, in the dosages and at the times proposed. If the defendant is prescribed a medication, he shall take it, and the defendant shall not discontinue medications against medical advice.

The defendant shall participate in a program approved by the probation department for mental health counseling.

                                                 Respectfully submitted,

                                                 s/Wyndi F. Surdu  
                                                 United States Probation Officer  
                                                 (313) 234-5432

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 5th Day of December, 2016.

                                                 S/Robert H. Cleland  
                                                 Robert H. Cleland  
                                                 United States District Judge